UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANA L. QUIROGA,<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL W. CHEN,<br><br>         Defendant, | 2:10-cv-1366-GMN-RJJ<br><br>REPORT & RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

This matter was referred to the undersigned Magistrate Judge on Plaintiff, Dana L. Quiroga's Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and a proposed Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, attached thereto.

The Court having reviewed this matter makes the following findings:

1. On August 11, 2010, Plaintiff, Dana Quiroga, filed an Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and a proposed Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, attached thereto.

2. On August 31, 2010, the Court entered an Order (#5) scheduling a status hearing for September 29, 2010, at 2:00 PM. Further, the Court directed that the Order (#5) be served on the Plaintiff by certified mail.

3. On August 31, 2010, a copy of the Order (#5) was mailed to Plaintiff by certified mail. *See*, Certified Mail Receipt (#6).

4. On September 7, 2010, the Order (#5) was returned to the Court by the United States Postal Service marked: "Return to Sender Not Deliverable as Addressed Unable to Forward." *See*, Returned Mail (#7).

1    5.    Plaintiff, Dana Quiroga did not appear for the hearing on September 29, 2010.

2        Further, Plaintiff did not contact the court to request a continuance of the hearing

3        or to provide a reason for his non-appearance.

4    6.    The Order (#5) advised Plaintiff that failure to appear would result in a

5        recommendation that this case be dismissed.

6    7.    Plaintiff has failed to keep the Court advised of his current address as required by

7        the Local Rules.

8    7.    A review of the proposed complaint finds that Plaintiff has failed to state a viable

9        claim.

Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that is case be **DISMISSED WITH PREJUDICE.**

DATED this  4th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge