# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANA L. QUIROGA | ) | Case No.: 2:10-cv-01366-GMN-RJJ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MICHAEL W. CHEN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court is Plaintiff Dana Quiroga's Complaint (ECF No. 1), filed on August 11, 2010.  On October 4, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report and Recommendation (ECF No. 8) recommending that Plaintiff's Complaint be dismissed with prejudice. No objections to the Report and Recommendation have been filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-9 and determines that Magistrate Judge Johnston's Report and Recommendation should be AFFIRMED.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (ECF No. 8) is AFFIRMED and Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED with prejudice.

DATED this 25th day of October, 2010.


_____
Gloria M. Navarro
United States District Judge